FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 9 2024

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | CRIMINAL NO. 24-433 KWR |
| **AGGREY OMIYO AKONGO,** | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury Charges:

On or about the dates listed below, in Bernalillo County, in the District of New Mexico, and elsewhere, the defendant, **AGGREY OMIYO AKONGO**, willfully aided and assisted in, and procured, counseled, and advised the preparation and presentation to the Internal Revenue Service of certain U.S. Individual Income Tax Returns, Form 1040, for the taxpayers and calendar years set forth below. These tax returns were false and fraudulent as to a material matter, in that they misrepresented taxpayer filing statuses and home mortgage interest payments, whereas, as the defendant then and there knew, the taxpayers did not qualify for these filing statuses and had not paid the mortgage interest in the claimed amounts.

| Count | Date of Filing | Taxpayer | Tax Year | Falsely Claimed Items |
|---|---|---|---|---|
| 1 | 03/12/2018 | S.M. | 2017 | Head of Household Filing Status<br>Home Mortgage Interest |
| 2 | 03/12/2018 | Pa.T. | 2017 | Head of Household Filing Status<br>Home Mortgage Interest |
| 3 | 03/12/2018 | Pe.T. | 2017 | Head of Household Filing Status<br>Home Mortgage Interest |
| 4 | 05/14/2018 | A.S. | 2017 | Single Filing Status<br>Home Mortgage Interest |
| 5 | 05/14/2018 | J.C. | 2017 | Home Mortgage Interest |

| | | | | |
|---|---|---|---|---|
| 6 | 03/11/2019 | Pa.T. | 2018 | Head of Household Filing Status<br>Home Mortgage Interest |
| 7 | 03/11/2019 | Pe.T. | 2018 | Head of Household Filing Status<br>Home Mortgage Interest |
| 8 | 03/16/2019 | M.G. | 2018 | Home Mortgage Interest |
| 9 | 04/01/2019 | R.L. | 2018 | Head of Household Filing Status<br>Home Mortgage Interest |
| 10 | 04/08/2019 | S.M. | 2018 | Head of Household Filing Status<br>Home Mortgage Interest |

A TRUE BILL:

_/s/_
FOREPERSON OF THE GRAND JURY

_[signature]_
Assistant United States Attorney